| | |
|---|---|
| State of Maine<br>Oxford    ss | Superior Court<br>Civil Action Docket # |

| | |
|---|---|
| Ryan Arsenault,<br>of Andover, County of Oxford and<br>and State of Maine<br><br>                Plaintiff<br><br>v.<br><br>One Call Logistics, LLC, of Deland,<br>County of Volusia and State of<br>Florida | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)      COMPLAINT<br>)<br>)<br>)<br>)<br>)<br>) |

**Defendant**

NOW COMES Plaintiff, Ryan Arsenault, by and through his undersigned attorneys and complains against the Defendant as follows:

1. That the Plaintiff is a resident of Hanover, in the County of Oxford and State of Maine.

2. That the Defendant is a Florida Limited Liability Company with a place of business at Deland, in the County of Volusia and State of Florida.

3. That the Defendant is regularly conducting business in the State of Maine by continually advertising its services to Maine residents via the internet, specifically noting that it provides its services in Maine.

4. That the Defendant has thereby submitted itself to the jurisdiction of the courts of the State of Maine.

### Count One
### Breach of Contract

5. That in the spring of 2023, Plaintiff purchased a custom built Tiny House from company in Millheim, Pennsylvania.

1

6. That the Tiny House needed to be transported to Maine from Pennsylvania.

7. That Plaintiff searched the internet seeking a transportation company to provide that service and found Defendant's website, https://www.one-calllogistics.com/maine.

8. Plaintiff contacted Defendant and discussed the transportation of his Tiny House with the Defendant both by telephone and email. At all times Defendant assured Plaintiff that it and its drivers and carriers were fully licensed and insured.

9. That Plaintiff entered into a contract with the Defendant for transportation of his Tiny Home by a Contract dated May 26, 2023, executed June 5, 2023. A true copy of said contract is attached hereto marked Exhibit A and by reference made a part hereof.

10. That the Defendant apparently subcontracted the actual transportation of the Tiny House to Yaniel Transportation, LLC of Tampa Florida.

11. The Tiny House was picked up in Pennsylvania pursuant to the contract and on or about June 28, 2023, while being transported to Maine, the driver lost control of the transport vehicle, struck another car and guardrail causing a crash during which the trailer carrying the Tiny House overturned, totally destroying the Tiny House.

12. That Plaintiff made a claim for the loss of his Tiny House with the Defendant but was informed that contrary to Defendant's representations, the sub contracted carrier had no insurance for the loss and the driver of the transport vehicle did not have a commercial driver's license.

13. That Defendant's failure to provide licensed and insured transportation for Plaintiff's Tiny House amounted to a breach of contract.

14. That Plaintiff has suffered damage on account of Defendant's breach of contract.

15. That the Plaintiff has demanded payment of his damages but the Defendant has refused and neglected to pay the same.

## Count Two
## Violation of Maine Unfair Trade Practices Act

16. Plaintiff repeats and re-alleges the allegations set forth in paragraphs 1 through 15 of Count One of the Complaint with the same force and effect as if set forth more fully herein.

17. That the Defendant's representations that its carriers were all licensed and fully insured were false.

18. That those misrepresentations were made to induce the Plaintiff to contract with the Defendant for Tiny House transportation.

19. That Plaintiff's misrepresentations amounted to a violation of the Maine Unfair Trade Practices Act, 5 M.R.S. §§205-A through 214, and entitle Plaintiff to actual damages suffered and the recovery of legal fees incurred by him in seeking such damages.

20. That Plaintiff made a demand for settlement of 30 days duration upon the Defendant, through its counsel as agreed, but the Defendant has refused and neglected to reply to said demand.

21. That the Plaintiff suffered damage on account of Defendant's violation of the Maine Unfair Trade Practices Act.

## Count Three
### Negligence

22. Plaintiff repeats and re-alleges the allegations set forth in paragraphs 1 through 21 of this Complaint with the same force and effect as if set forth more fully herein.

23. That Defendant, directly or through its agents, owed a duty of care to the Plaintiff in transporting his Tiny Home;

24. That Defendant, directly or through its agents, owed a duty of good faith and fair dealing to the Plaintiff in transporting his Tiny Home;

25. That Defendant breached that duty by hiring a vendor who permitted unqualified, unlicensed, or uninsured drivers to perform work on behalf of the Defendant;

26. That Defendant's actions were negligent.

27. That Defendant, directly or through its agents, breached that duty of care by causing the Plaintiff's home to be damaged during its transport;

28. That Defendant breached its duties of care, good faith, and fair dealing by failing to be insured against its loss of Plaintiff's Tiny Home;

28. That Plaintiff has been damaged by the loss of his Tiny Home, by virtue of the loss of the home itself, and the ongoing costs of seeking alternate arrangements for a rental property;

29. That Defendant's negligent breach of its duty of care, and duties of good faith and fair dealing were a direct and proximate cause of Plaintiff's damages.

Wherefore, Plaintiff prays that this Honorable Court enter judgment against the Defendant for such damages, including attorney's fees, as this Court deems just and as the nature of this cause may require, and that he may have his costs of court and interest from the date of this complaint.

Dated December 14, 2023

                                    /s/ John D. Clifford, IV
John D. Clifford, IV, Esq.
Bar # 146
Clifford & Golden, PA
5 Maple Street
P.O. Box 368
Lisbon Falls, Maine 04252
jdciv@cliffordandgolden.com

                                    /s/ Paul J. Brunetti
Paul J. Brunetti, Esq.
Bar # 4900
Clifford & Golden, PA
5 Maple Street
P.O. Box 368
Lisbon Falls, Maine 04252
pbrunetti@cliffordandgolden.com